**Order entered November 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01219-CV

### GERARDO HERNANDEZ, Appellant

### V.

### BRANDON HERNANDEZ, Appellee

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-11698**

## ORDER

We **GRANT** appellant's November 4, 2013 motion to extend time to file notice of appeal. Appellant's notice of appeal filed August 27, 2013 is considered timely for jurisdictional purposes.

/s/     ELIZABETH LANG-MIERS
          JUSTICE